1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE WESTERN DISTRICT OF WASHINGTON

10   SUSAN M. CORTEZ                          CASE NO. C12-385-RSL

11                    Plaintiff,
                                              AGREED ORDER FOR EAJA
12           v.                               FEES AND EXPENSES

13   MICHAEL J. ASTRUE, COMMISSIONER,
     SOCIAL SECURITY ADMINISTRATION,
14
                     Defendant,
15

16

17

18           THIS MATTER having come on regularly before the undersigned upon the parties=

19   Stipulation for Award to Attorney=s Fees and Costs pursuant to 28 U.S.C. '2412, and

20   Itemization of Services and Time for EAJA Fees, and Costs, and Expenses to Plaintiff,

21   and the Court agreeing that EAJA fees and expenses should be awarded, good cause

22   having been shown now, therefore, it is hereby

23           ORDERED that Plaintiff is hereby awarded EAJA fees of $6926.62, and $17.85 in

24   expenses.  Subject to any offset allowed under the Treasury Offset Program, as

25   discussed in Astrue v. Ratliff, 130 S. Ct. 2521 (2010), payment of this award shall be

26   made via check sent to Richard Baum=s address: 119 N. Commercial St., Ste. 191,

     Bellingham, WA 98225.

ORDER FOR EAJA FEES AND COSTS (CASE NO. C12-385-RSL) - Page 1

1

2

3          After the Court issues the order for EAJA fees and expenses, the Commissioner

4   will consider the matter of Plaintiff=s assignment of EAJA fees and expenses to Plaintiff=s

5   attorney.   Pursuant to Astrue v. Ratliff, the ability to honor the assignment will depend on

6   whether the EAJA fees and expenses are subject to any offset allowed under the Treasury

7   Offset Program.   The Commissioner agrees to contact the Department of Treasury after

8   the order for EAJA fess and expenses is entered to determine whether the EAJA fees and

9   expenses are suject to any offset.   If the EAJA fees and expenses are not subject to any

10  offset, the EAJA attorney=s fees and expenses will be paid directly to the order of

11  plaintiff=s attorney Richard Baum.

12

13  DATED this 13th day of February, 2013.

14

15

16

17                                                          Robert S. Lasnik
                                                            United States District Judge
18

19

20

21

22

23

24

25

26