IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN M. CORTEZ, | CASE NO. C12-385-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C.§406(b) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant, | |

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. 29). Defendant does not object to plaintiff's request. (Dkt. 31). Having considered plaintiff's motion and the accompanying documents, it is hereby ORDERED that:

~~(1) The Court GRANTS plaintiff's motion and authorizes a gross attorney's fee of $9,255.00 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act fee of $6,026.62. Plaintiff's attorney shall therefore be~~

ORDER GRANTING PLAINITFF'S
MOTION FOR ATTORNEY'S FEES
(CASE NO. C12-385-RSL) - Page 1

1  ~~awarded the net sum of **$2,328.38**.~~

2  *~~Alternatively~~*

3  (1) The Court GRANTS Plaintiff's motion and authorizes a gross attorney's fee of $9,255.00 fee pursuant to 42 U.S.C. §406(b), payable directly to Plaintiff's attorney, Richard Baum. Upon receipt of this fee, Richard Baum, pursuant to §406(b) of the Social Security Act, shall immediately refund to Plaintiff the EAJA fees of $6,926.62, as required by the fee agreement, the lesser of the EAJA and §406(b) fee received ~~him~~.

11  (2) Defendant will release the above-described fee, minus any applicable processing fees as allowed by statute, within **thirty days (30)** of the date of this Order.

13  (3) The Clerk shall send copies of this Order to the parties.

16  DATED this 28th day of May, 2014.

_____
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING PLAINITFF'S
MOTION FOR ATTORNEY'S FEES
(CASE NO. C12-385-RSL) - Page 2

1  Presented by:

2  Richard Baum
3  Richard Baum, WSBA #8061
4  Attorney for Plaintiff
5  119 N. Commercial St., Ste. 191
   Bellingham, WA 98225-4458
6  Telephone: (360) 671-2296
7  Fax: (360) 650-9123
8  E-mail: mcsrab@crownoffices.com

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING PLAINITFF'S
MOTION FOR ATTORNEY'S FEES
(CASE NO. C06-912-RSM-JPD) - PAGE 3